UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW DEES,

    Plaintiff,

v.                                                    Case No: 8:23-cv-135-CEH-AEP

WELLS FARGO BANK, N.A.,

    Defendant.
_____

**ORDER**

The Court has been advised by the Notice of Settlement (Doc. 29) that the above-styled action has been settled in principle and the parties are in the process of finalizing a settlement agreement and closing documents. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE AND ORDERED** in Tampa, Florida on September 7, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties, if any

2