**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MATTHEW DEES,

    Plaintiff,

v.                                        Case No: 8:23-cv-135-CEH-AEP

WELLS FARGO BANK, N.A.,

    Defendant.
_____

**ORDER**

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice as to Defendant Wells Fargo Bank, N.A. (Doc. 31), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice, with each party to bear their own attorney's fees and costs. The Clerk is directed to terminate pending motions and deadlines, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on October 12, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties, if any